# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | ) |
| | ) Chapter 13 |
| | ) |
| Mary E. Harkonen, | ) Case No. 16-50040-RJK |
| | ) |
| Debtor. | ) |
| | ) **ORDER GRANTING** |
| | ) **RELIEF FROM STAY** |
| | ) |

This case is before the court on the motion of James L. Holmgren for relief from the automatic stay imposed by 11 U.S.C. § 362(a).

Based on the record, the court finds that grounds exist under 11 U.S.C. § 362(d) to warrant relief.

**IT IS ORDERED**:

1. The motion for relief from stay is granted as follows.

2. The automatic stay imposed by 11 U.S.C. § 362(a) is terminated such that the movant may exercise his rights and remedies under applicable nonbankruptcy law with respect to the following property:

Parcel I:

Lot Three (3), Section One (1), Township Sixty-Four (64), Range Nineteen (19), St. Louis County, Minnesota.
(Abstract Property)
(PIN 425-0010 00050)

Parcel II:

Lot Four (4), Section One (1), Township Sixty-Four (64), Range Nineteen (19), EXCEPT that part described as follows: Commencing at the West 1/16 corner of the North line of Section 1, Township 64, Range 19, which is the Northeast corner of Lot 4 in this Section and running thence Westerly along said North line of

Section 1 a distance of 340.7 feet; thence at an angle of 119° 19' 00" to the left a distance of 33.0 feet to point of beginning; thence continuing along this line for a distance of 435.6 feet; thence at an angle of 90 degrees to the right a distance of 500 feet; thence at an angle of 90 degrees to the right a distance of 435.6 feet; thence at an angle of 90 degrees to the right a distance of 500 feet to point of beginning, all in Lot 4, Section 1, Township 64, Range 19, St. Louis County, Minnesota.
(Abstract Property)
(PIN 425-0010-00060)

Parcel III:

That part of Lot Four (4), Section One (1), Township Sixty-Four (64), Range Nineteen (19), described as follows:  Commencing at the West 1/16 corner of the North line of Section 1, Township 64, Range 19, which is the Northeast corner of Lot 4 in this Section and running thence Westerly along said North line of Section 1 a distance of 340.7 feet; thence at an angle of 119° 19' 00" to the left a distance of 33.0 feet to point of beginning; thence continuing along this line for a distance of 435.6 feet; thence at an angle of 90 degrees to the right a distance of 500 feet; thence at an angle of 90 degrees to the right a distance of 435.6 feet; thence at an angle of 90 degrees to the right a distance of 500 feet to point of beginning, all in Lot 4, Section 1, Township 64, Range 19, St. Louis County, Minnesota
(Abstract Property)
(PIN 425-0010-00070)

Parcel IV:

Lot One (1), Section Two (2), Township Sixty-Four (64), Range Nineteen (19), St. Louis County, Minnesota.
(Abstract Property)
(PIN 425-0010-00190)

Parcel V:

Lot Two (2), Section Two (2), Township Sixty-Four (64), Range Nineteen (19), St. Louis County, Minnesota.
(Abstract Property)
(PIN 425-0010-00200)

Parcel VI:

Lot Three (3), Section Two (2), Township Sixty-Four (64), Range Nineteen (19), St. Louis County, Minnesota.
(Abstract Property)
(PIN 425-0010-00230)

DOCS\022440\00001\710918.v1-10/18/17

    Parcel VII:

    Southeast Quarter of Northwest Quarter (SE 1/4 of NW 1/4), Section Two (2), Township Sixty-Four (64), Range Nineteen (19), lying northerly of County Road 23, a/k/a Orr-Buyck Road, St. Louis County, Minnesota.
    (Abstract Property)
    (PIN 425-0010-00260)

3.    Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: October 23, 2017

    /e/ Robert J. Kressel
    Robert J. Kressel
    United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/23/2017*
Lori Vosejpka, Clerk, by DDV